1  RICHARD H. ZAITLEN (SBN 63283)
2  NEIL VOHRA (SBN 270256)
   PILLSBURY WINTHROP SHAW PITTMAN LLP
3  725 S. Figueroa St., Suite 2800
   Los Angeles, CA  90017-5406
4  Telephone:  (213) 488-7100
   Facsimile:  (213) 629-1033
5  Email:    richard.zaitlen@pillsburylaw.com
   Email:    neil.vohra@pillsburylaw.com
6
7  ESTHER K. YEU (SBN 259584)
   PILLSBURY WINTHROP SHAW PITTMAN LLP
8  50 Fremont Street
   San Francisco, CA 94105-2228
9  Telephone:  (415) 983-1000
   Facsimile:  (415) 983-1200
10 Email:  esther.yeu@pillsburylaw.com

11 Attorneys for Plaintiff,
   TECK RESOURCES LIMITED

12 [ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]

13                UNITED STATES DISTRICT COURT
14                NORTHERN DISTRICT OF CALIFORNIA
15

16  TECK RESOURCES LIMITED, a Canadian   )   Case No. CV-11-5666 LB
17  limited company,                     )
                                         )   **JOINT STIPULATION AND**
18                  Plaintiff,           )   **[PROPOSED] ORDER TO HAVE**
                                         )   **THE SETTLEMENT CONFERENCE**
19      vs.                              )   **RESET TO JULY 10, 2012**
                                         )
20  AUTONOMY, INC., a New Jersey         )
    corporation,                         )
21                                       )
                    Defendant.           )
22                                       )
                                         )
23                                       )

24

25  THE PARTIES HEREBY STIPULATE AS FOLLOWS:

26      Pursuant to the Court's April 17, 2012 Settlement Conference Order, a Settlement

27  Conference was scheduled with Magistrate Judge Joseph C. Spero for June 20, 2012.  Plaintiff

28

703733012v1                    - 1 -
                                            JOINT STIPULATION TO HAVE THE
                                            SETTLEMENT CONFERENCE RESET
                                            Case No. CV-11-5666-LB

Teck Resources Limited and Defendant Autonomy, Inc. have met and conferred and agreed that a short postponement of the Settlement Conference would provide each party a sufficient amount of time to conduct discovery and draft a meaningful Settlement Conference Statement. After inquiry with the Court, the Parties have agreed and hereby stipulate to a Settlement Conference date of July 10, 2012.

Dated: June 5, 2011

By:   /s/ Richard Zaitlen         By:   /s/ Connie Y. Tcheng

| | |
|---|---|
| RICHARD H. ZAITLEN #63283<br>richard.zaitlen@pillsburylaw.com<br>NEIL VOHRA #270256<br>neil.vohra@pillsburylaw.com<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>725 SOUTH FIGUEROA STREET, SUITE 2800<br>LOS ANGELES, CA 90017-5406<br>TELEPHONE: (213) 488-7100<br>FACSIMILE: (213) 629-1033<br><br>ESTHER YEU #259584<br>esther.yeu@pillsburylaw.com<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>50 FREMONT STREET<br>SAN FRANCISCO, CA 94105-2228<br>TELEPHONE: (415) 983-1000<br>FACSIMILE: (415) 983-1200<br><br>ATTORNEYS FOR PLAINTIFF<br>TECK RESOURCES LIMITED | GREGORY L. DOLL #193205)<br>gdoll@dollamir.com<br>CONNIE Y. TCHENG #228171<br>ctcheng@dollamir.com<br>1888 CENTURY PARK EAST, SUITE 1850<br>LOS ANGELES, CALIFORNIA 90067<br>TELEPHONE:   (310) 557-9100<br>FACSIMILE:   (310) 557-9101<br><br>EDWIN K. PRATHER (SBN 190536)<br>edwin@pratherlawoffices.com<br>461 BUSH STREET, SUITE 350<br>SAN FRANCISCO, CALIFORNIA 94108<br>TEL:  (415) 881-7774<br><br>Attorneys for Defendant<br>AUTONOMY, INC. |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 6, 2012    By: _____
~~Magistrate Judge Laurel Beeler~~ Joseph C. Spero
United States ~~District~~/Magistrate Judge

703733012v1

- 2 -

JOINT STIPULATION TO HAVE THE
SETTLEMENT CONFERENCE RESET
Case No. CV-11-5666-LB