1  RICHARD H. ZAITLEN (SBN 63283)
   NEIL VOHRA (SBN 270256)
2  PILLSBURY WINTHROP SHAW PITTMAN LLP
3  725 S. Figueroa St., Suite 2800
   Los Angeles, CA  90017-5406
4  Telephone:  (213) 488-7100
   Facsimile:  (213) 629-1033
5  Email:    richard.zaitlen@pillsburylaw.com
   Email:    neil.vohra@pillsburylaw.com
6
7  ESTHER K. YEU (SBN 259584)
   PILLSBURY WINTHROP SHAW PITTMAN LLP
8  50 Fremont Street
   San Francisco, CA 94105-2228
   Telephone:  (415) 983-1000
9  Facsimile:  (415) 983-1200
   Email:  esther.yeu@pillsburylaw.com
10
11 Attorneys for Plaintiff,
   TECK RESOURCES LIMITED

12 [ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| TECK RESOURCES LIMITED, a Canadian limited company, <br><br> Plaintiff, <br><br> vs. <br><br> AUTONOMY, INC., a New Jersey corporation, <br><br> Defendant. | Case No. CV-11-5666 LB <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO HAVE THE SETTLEMENT CONFERENCE RESET TO JULY 10, 2012** |

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

Pursuant to the Court's April 17, 2012 Settlement Conference Order, a Settlement Conference was scheduled with Magistrate Judge Joseph C. Spero for June 20, 2012.  Plaintiff

1  Teck Resources Limited and Defendant Autonomy, Inc. have met and conferred and agreed
2  that a short postponement of the Settlement Conference would provide each party a sufficient
3  amount of time to conduct discovery and draft a meaningful Settlement Conference Statement.
4  After inquiry with the Court, the Parties have agreed and hereby stipulate to a Settlement
5  Conference date of July 10, 2012.

Dated:  June 5, 2011


By:   /s/ Richard Zaitlen                    By:   /s/ Connie Y. Tcheng

RICHARD H. ZAITLEN #63283
richard.zaitlen@pillsburylaw.com
NEIL VOHRA #270256
neil.vohra@pillsburylaw.com
PILLSBURY WINTHROP SHAW
PITTMAN LLP
725 SOUTH FIGUEROA STREET, SUITE 2800
LOS ANGELES, CA  90017-5406
TELEPHONE: (213) 488-7100
FACSIMILE: (213) 629-1033

ESTHER YEU #259584
esther.yeu@pillsburylaw.com
PILLSBURY WINTHROP SHAW
PITTMAN LLP
50 FREMONT STREET
SAN FRANCISCO, CA 94105-2228
TELEPHONE:  (415) 983-1000
FACSIMILE:  (415) 983-1200

ATTORNEYS FOR PLAINTIFF
TECK RESOURCES LIMITED

GREGORY L. DOLL #193205)
gdoll@dollamir.com
CONNIE Y. TCHENG #228171
ctcheng@dollamir.com
1888 CENTURY PARK EAST, SUITE 1850
LOS ANGELES, CALIFORNIA 90067
TELEPHONE:     (310) 557-9100
FACSIMILE:     (310) 557-9101

EDWIN K. PRATHER (SBN 190536)
edwin@pratherlawoffices.com
461 BUSH STREET, SUITE 350
SAN FRANCISCO, CALIFORNIA 94108
TEL:  (415) 881-7774

Attorneys for Defendant
AUTONOMY, INC.


PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated:  June 6, 2012          By: _____
                              Magistrate Judge Laurel Beeler Joseph C. Spero
                              United States District/Magistrate Judge

703733012v1                    - 2 -
                                                   JOINT STIPULATION TO HAVE THE
                                                   SETTLEMENT CONFERENCE RESET
                                                   Case No. CV-11-5666-LB